# United States Court of Appeals for the Federal Circuit

September 29, 2014

**ERRATA**

Appeal Nos. 2014-1122, -1124, -1125

**BENEFIT FUNDING SYSTEMS LLC**
v.
**ADVANCE AMERICA CASH ADVANCE CENTERS INC.**

Decided: September 25, 2014
Precedential Opinion

Please make the following changes:

Page 8, lines 20–24, change "35 U.S.C. § 325(e)(2)" to --AIA § 18(a)(1)(D)-- and change the quoted text to read --("The petitioner . . . may not assert . . . in a civil action . . . that the claim is invalid on any ground that the petitioner raised during that transitional proceeding.")--.